DECISIONS PER CURIAM, FROM NOVEMBER 17, 1919, TO AND INCLUDING MARCH 1, 1920, NOT INCLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

No. 182. WILLIAM J. GEARY v. ALICE GEARY. Error to the Supreme Court of the State of Nebraska. Motion to dismiss submitted November 10, 1919. Decided November 17, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. T. M. Zink* for plaintiff in error. *Mr. R. E. Evans* for defendant in error.

No. 183. JOSLIN MANUFACTURING COMPANY v. CITY OF PROVIDENCE ET AL.;

No. 184. SCITUATE LIGHT & POWER COMPANY v. CITY OF PROVIDENCE ET AL.; and

No. 185. THERESA B. JOSLIN v. CITY OF PROVIDENCE ET AL. Error to the Supreme Court of the State of Rhode Island. Motions to dismiss and petitions for writs of certiorari submitted November 10, 1919. Decided November 17, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Haseltine* v. *Central Bank,* 183 U. S. 130; *Schlosser* v. *Hemphill,* 198 U. S. 173; *Coe* v. *Armour Fertilizer Works,* 237 U. S. 413, 418; *Bruce* v. *Tobin,* 245 U. S. 18, 19; and see *Collard* v. *Pittsburgh, Cincinnati, Chicago & St. Louis Ry. Co.,* 246 U. S. 653. Petitions for certiorari denied. *Mr. Robert H. McCarter, Mr. J. Jerome Hahn, Mr. Francis I. McCanna* and *Mr. Alfred G. Chaffee* for plaintiffs in error. *Mr. Albert A. Baker* and *Mr. Elmer S. Chace* for defendants in error.